IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCE BENEFIT ADMINISTRATORS, INC., <br><br>Plaintiff,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>Defendant. | Case No. 21-cv-00186-CRB <br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

On November 12, 2021, the Court issued an order granting summary judgment to Defendant Indian Harbor.  Order (dkt. 39).  On November 15, 2021, Plaintiff FCE Benefit Administrators (FCE) moved for leave to file a motion for reconsideration of the Court's ruling.  Mot. for Reconsideration (dkt. 40).  The Court filed an amended summary judgment order.  See dkt. 43.  FCE does not meet the high standards for reconsideration set forth in Civil Local Rule 7-9(b), so its Motion is DENIED.  See Civ. L.R. 7-9(b)(3).

**IT IS SO ORDERED.**

Dated: November 19, 2021



CHARLES R. BREYER
United States District Judge