1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  FCE BENEFIT ADMINISTRATORS,              Case No. 21-cv-00186-CRB
   INC.,
9                                            **JUDGMENT**
                    Plaintiff,
10
           v.
11
   INDIAN HARBOR INSURANCE
12 COMPANY,

13                  Defendant.

14        Having granted Defendant's motion for summary judgment on its counterclaims,

15 see Order Granting Summary Judgment (dkt. 60), the Court hereby enters judgment for

16 Defendant Indian Harbor Insurance Company and against Plaintiff FCE Benefit

17 Administrators, Inc.

18        **IT IS SO ORDERED.**

19        Dated: March 7, 2022

20                                          CHARLES R. BREYER
                                            United States District Judge
21

22

23

24

25

26

27

28

United States District Court
Northern District of California